# IN THE SUPREME COURT OF THE STATE OF NEVADA

SILVER STATE SCHOOLS CREDIT UNION,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE GLORIA STURMAN, DISTRICT JUDGE,
Respondents,
and
OELLA RIDGE TRUST; USAA SAVINGS BANK, D/B/A USAA SAVINGS BANK; RANCHO ARROYO GRANDE HOMEOWNERS ASSOCIATION; AND NEVADA ASSOCIATION SERVICES, INC.,
Real Parties in Interest.

No. 72813

FILED

JUN 15 2017

*[signature]*
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION

This original petition for a writ of mandamus or prohibition challenges a district court order denying a motion for summary judgment in a quiet title action.

Having considered the petition and supporting documents, we are not persuaded that our extraordinary and discretionary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991); *see Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344-45, 950 P.2d 280, 281 (1997) (observing that this court generally will not consider writ petitions challenging orders

denying summary judgment). In particular, petitioner has an adequate remedy in the form of an appeal from any adverse final judgment. *Pan*, 120 Nev. at 224, 88 P.3d at 841. We therefore

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Hon. Gloria Sturman, District Judge
Brooks Hubley LLP
Brandon E. Wood
Christopher V. Yergensen
Gordon & Rees Scully Mansukhani LLP
Kerry P. Faughnan
Eighth District Court Clerk